FILED

DEC - 5 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | S U P E R S E D I N G |
| | ) | I N D I C T M E N T |
| Plaintiff, | ) | |
| | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| v. | ) | CASE NO.____5:24CR0295____ |
| | ) | Title 21, United States Code, |
| LEVERNE EUGENE FORTSON, aka | ) | Sections 841(a)(1), (b)(1)(A), |
| LAVERNE EUGENE FORTSON, | ) | (b)(1)(C), 846 and 856(a)(1); |
| JEFFERY SCOTT GOLDBACH, | ) | Title 18, United States Code, |
| | ) | Sections 922(g)(1) and 924(a)(8) |
| Defendants. | ) | |

<u>COUNT 1</u>
(Conspiracy to Distribute and to Possess with Intent to Distribute Methamphetamine and
Cocaine, 21 U.S.C. § 846)

The Grand Jury charges:

1.      From in or around January 2024, and continuing to in or around July 2024, the

exact dates unknown to the Grand Jury, in the Northern District of Ohio, Eastern Division, and

elsewhere, Defendants LEVERNE EUGENE FORTSON, aka LAVERNE EUGENE FORTSON

and JEFFERY SCOTT GOLDBACH, and others, known and unknown to the Grand Jury, did

knowingly and intentionally combine, conspire, confederate, and agree together and with each

other and with diverse others, known and unknown to the Grand Jury, to distribute and to possess

with the intent to distribute methamphetamine, a Schedule II controlled substance; and a mixture

and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

        a.      As to FORTSON, he conspired to distribute and to possess with intent to

distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, in

violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A), and a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

        b.      As to GOLDBACH, he conspired to distribute and to possess with intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A), and a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

<u>MANNER AND MEANS OF THE CONSPIRACY</u>

2.      It was part of the conspiracy that:

        a.      FORTSON obtained methamphetamine and cocaine from unknown drug suppliers for distribution.

        b.      FORTSON maintained a residence at XXX5 Canyon Parkway, Akron, Ohio, for the purpose of distributing methamphetamine and cocaine.

        c.      GOLDBACH maintained a residence at XXX6 Streeter Road, Mantua, Ohio, for the purpose of distributing methamphetamine and cocaine.

        d.      FORTSON supplied methamphetamine and cocaine to GOLDBACH for redistribution.

        e.      GOLDBACH possessed a firearm in furtherance of drug trafficking activity.

        f.      Members of the conspiracy communicated using cellular telephones, code words, and phrases to further the drug trafficking activity of the conspiracy.

## ACTS IN FURTHERANCE OF THE CONSPIRACY

3. On or about the dates listed below, in furtherance of the conspiracy, and to affect the goals and conceal the existence thereof, Defendants and others performed acts in the Northern District of Ohio and elsewhere, including, but not limited to, the following:

a. On June 15, 2024, at approximately 8:57 p.m., FORTSON arrived at GOLDBACH's residence and left approximately two minutes later.

b. On June 19, 2024, at approximately 6:38 p.m., FORTSON arrived at GOLDBACH's residence and left approximately five minutes later.

c. On June 24, 2024, at approximately 3:52 p.m., GOLDBACH sent a Facebook message to FORTSON that said "I'm good. Been little slow got 4-5 tomorrow be better."

d. On June 25, 2024, at approximately 11:40 a.m., GOLDBACH and FORTSON exchanged Facebook messages. GOLDBACH said, "Got 10 rt now. More by This evening." FORTSON replied, "Bout to have my son come grab that so I can pick the crew after work." GOLDBACH replied, "I'm probably going to need dude to work to."

e. On June 25, 2024, at approximately 12:28 p.m., GOLDBACH and FORTSON exchanged Facebook messages. GOLDBACH said, "Let your son know I'll be at the bar". FORTSON replied, "He's there." GOLDBACH said, "Dude is about to clock out. Girl working ok but she'll be done by morning." FORTSON replied, "Bringing the crew bout 7-8." GOLDBACH said, "I got 4-5 for you. If you want to wait till tomorrow I'm good for The night."

f. On June 26, 2024, FORTSON possessed with intent to distribute 54.7 grams of methamphetamine at XXX5 Canyon Parkway, Akron, Ohio.

g. On June 26, 2024, GOLDBACH possessed approximately 22 grams of

cocaine and 61.2 grams of methamphetamine at XXX6 Streeter Road.

      h.      On June 26, 2024, GOLDBACH possessed a Smith and Wesson, model M&P FPC, semi-automatic 9mm rifle, bearing serial number VA62211 at XXX6 Streeter Road, Mantua, Ohio.

      i.      Before LEVERNE EUGENE FORTSON aka LAVERNE EUGENE FORTSON, committed the offenses charged in this count, the defendant had a final conviction for a serious drug felony, namely, a conviction under Title 21, United States Code, Section 846, Conspiracy to Distribute Heroin, in the United States District Court for the Northern District of Ohio, Case Number 1:14CR194, on or about May 22, 2015, for which he served more than 12 months imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

      All in violation of in violation of Title 21, United States Code, Section 846.

COUNT 2
(Possession with Intent to Distribute Methamphetamine,
21 U.S.C. §§ 841(a)(1) and (b)(1)(A))

The Grand Jury further charges:

      4.      On or about June 26, 2024, in the Northern District of Ohio, Eastern Division, Defendant LEVERNE EUGENE FORTSON, aka LAVERNE EUGENE FORTSON did knowingly and intentionally possess with the intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

4

COUNT 3
(Maintaining a Drug-Involved Premises, 21 U.S.C. § 856(a)(1))

The Grand Jury further charges:

5.      From on or about January 2024 through June 26, 2024, in the Northern District of

Ohio, Eastern Division, Defendant LEVERNE EUGENE FORTSON, aka LAVERNE EUGENE

FORTSON unlawfully and knowingly used and maintained a place located at XXX5 Canyon

Parkway, Akron, Ohio, for the purpose of distributing methamphetamine, a Schedule II

controlled substance, and cocaine, a Schedule II controlled substance, in violation of Title 21,

United States Code, Section 856(a)(1).

COUNT 4
(Possession with Intent to Distribute Methamphetamine,
21 U.S.C. §§ 841(a)(1) and (b)(1)(A))

The Grand Jury further charges:

6.      On or about June 26, 2024, in the Northern District of Ohio, Eastern Division,

Defendant JEFFERY SCOTT GOLDBACH did knowingly and intentionally possess with the

intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, in

violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

COUNT 5
(Possession with Intent to Distribute Cocaine,
21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

7.      On or about June 26, 2024, in the Northern District of Ohio, Eastern Division,

Defendant JEFFERY SCOTT GOLDBACH did knowingly and intentionally possess with the

intent to distribute a mixture and substance containing a detectable amount of cocaine, a

Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1)

and (b)(1)(C).

COUNT 6
(Felon in Possession of Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

8.      On or about June 26, 2024, in the Northern District of Ohio, Eastern Division,
Defendant JEFFERY SCOTT GOLDBACH knowing he had been previously convicted of a
crime punishable by imprisonment for a term exceeding one year, that being: Trafficking in
Marijuana, on or about November 25, 1991, in Case Number 91 CR 0297 in the Court of
Common Pleas of Portage County, Ohio, knowingly possessed in and affecting interstate and
foreign commerce firearm, to wit: a Smith and Wesson, model M&P FPC, semi-automatic 9mm
rifle, bearing serial number VA62211, and ammunition, said firearm and ammunition having
been shipped and transported in interstate and foreign commerce, in violation of Title 18, United
States Code, Sections 922(g)(1) and 924(a)(8).

COUNT 7
(Maintaining a Drug-Involved Premises, 21 U.S.C. § 856(a)(1))

The Grand Jury further charges:

9.      From on or about January 2024 through June 26, 2024, in the Northern District of
Ohio, Eastern Division, Defendant JEFFERY SCOTT GOLDBACH did unlawfully and
knowingly use and maintain a place located at XXX6 Streeter Road, Mantua, Ohio, for the
purpose of distributing methamphetamine, a Schedule II controlled substance, and cocaine, a
Schedule II controlled substance, in violation of Title 21, United States Code, Section 856(a)(1).

FORFEITURE
The Grand Jury further charges:

10.     For the purpose of alleging forfeiture pursuant to Title 21, United States Code,
Section 853; Title 18, United States Code, Section 924(d)(1); and Title 28, United States Code
Section 2461(c), the allegations in Counts 1 through Count 7 are realleged and incorporated

6

herein by reference.  As a result of the foregoing offenses, Defendants LEVERNE EUGENE

FORTSON, aka LAVERNE EUGENE FORTSON, and JEFFERY SCOTT GOLDBACH shall

forfeit to the United States: (i) any and all property constituting, or derived from, any proceeds

he obtained directly or indirectly as a result of such violations; (ii) any and all property used – or

intended to be used – in any manner or part, to commit or to facilitate the commission of the drug

violations; and (iii) any and all firearms and ammunition involved in or used in the commission

of such violations; including, but not limited to, the following:

a.)     Smith and Wesson, model M&P FPC, semi-automatic 9mm rifle, bearing serial

number VA62211.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government

Act of 2002.